IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:19-CV-00037-BO

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY,** | |
| Plaintiff, | |
| vs. | **MOTION FOR DEFAULT JUDGMENT** |
| **DIETRICH KILPATRICK,** | |
| Defendant. | |

Plaintiff Great American Insurance Company hereby moves for default judgment against Defendant Dietrich Kilpatrick pursuant to Local Civil Rule 55.1 and:

a) Rule 55(b)(1) of the Federal Rules of Civil Procedure as to Counts I, II, and IV of the Complaint wherein Great American seeks a sum certain comprised of the principal amount of an overpayment debt, plus contractual interest; and

b) Rule 55(b)(2) as to Count III wherein Great American seeks attorney fees and expenses pursuant to the insurance contract between the parties.

In support of this Motion, Plaintiff relies on the docket in this action and the following documents, filed concurrently with this Motion:

1. The Affidavit of Jan Hayden (Exhibit 1);

2. The Declaration of Counsel of Thomas C. James, Jr. (Exhibit 2);

3. The Affidavit of Counsel of Ray Dunn (Exhibit 3);

4. The Affidavit of W. Gregory Merritt (Exhibit 4);

5. The accompanying memorandum;

6. Proposed Orders of Default Judgment (Exhibit 5); and

7. Bill of Costs.

WHEREFORE, Plaintiff respectfully requests that its Motion for Default Judgment be granted, and judgment be entered against the Defendant.

Dated this 3rd day of September, 2019.

Respectfully submitted,

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr.
(Ohio Bar No. 0073531)
**SANDERS & ASSOCIATES, L.P.A.**
*(Notice of Special Appearance Filed)*
8041 Hosbrook Road, Suite 315
Cincinnati, Ohio 45236

Phone: 513-229-8080
Fax: 513-229-8081
TomJames@SandersLPA.com

*s/ Charles J. Cushman*
Charles J. Cushman
Dunn, Pittman, Skinner & Cushman PLLC
3230 Country Club Road
New Bern, NC 28562

Phone: (252) 649-0196
Fax: (252) 633-6669
Email: ccushman@dunnpittman.com
North Carolina State Bar No. 36170
Local Civil Rule 83.1(d) Counsel for Great American

Attorneys for Plaintiff
Great American Insurance Company

CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that I served a copy of the Motion for Default Judgment, Memorandum in Support of Motion for Default Judgment, Affidavit of Ray Dunn, Declaration of Thomas C. James, Jr., Affidavit of W. Gregory Merritt, and proposed Order of Default Judgment by placing copies of the same in a postage-paid envelope addressed to the Defendant at the address stated below, which is the last known address of Defendant, and by depositing said envelope in the United States Mail.

>Dietrich Kilpatrick
>11070 NC Highway 55 W
>Dover, North Carolina 28526

This the 3rd day of September, 2019.

>*/s/Charles J. Cushman*
>Charles J. Cushman