UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | **DEFAULT** | |
| v. ) | **JUDGMENT** | |
| ) | | |
| DIETRICH KILPATRICK, ) | 4:19-CV-37-BO | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**
This matter comes before the Court on Great American Insurance Company's Motion for Default Judgment against Defendant Dietrich Kilpatrick.

**IT IS ORDERED, ADJUDGED AND DECREED** that Great American shall recover from the defendant: A principal sum of $134,869.78, the amount claimed; Prior accrued interest through June 30, 2019 in the amount of $43,817; and Interest at the rate of $1,685 per month beginning on July 1, 2019 until the judgment is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Great American shall recover from the defendant: Attorney fees and costs in the amount of $33,728.34.

**This judgment filed and entered on August 27, 2019, and served on:**
Charles Cushman (via CM/ECF NEF)
Thomas James (via CM/ECF NEF)
Raymond Dunn, Jr. (via CM/ECF NEF)

August 27, 2019

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk